recently emptied beer bottles, with a total stock in trade of five cases of beer, and two or three half barrels of whisky, was for the jury to determine, and when to these facts are added the testimony of the witness Gentry, that at one time he ordered a case of beer from the place by telephone, and at another time bought four or five single drinks of whisky at appellant's bar, the case is placed in a light where we feel no hesitancy in affirming the judgment.

Judgment affirmed.

## STRANGE *v.* BOARD OF COMMISSIONERS OF THE COUNTY OF GRANT.

[No. 21,447.　Filed April 5, 1910.]

From Grant Superior Court; *Samuel E. Cook,* Special Judge.

Suit by Joshua Strange against the Board of Commissioners of the County of Grant. From a decree for defendant, plaintiff appeals. *Affirmed.*

*G. A. Henry,* for appellant.

*O. L. Cline* and *Condo & Browne,* for appellee.

HADLEY, C. J.—The facts and questions involved in this case are in all material respects the same as those involved in *Strange* v. *Board, etc.* (1910), 173 Ind. 640, and upon the authority of that case the judgment in this case is affirmed.

## THE STATE OF INDIANA, EX REL. GALEY, *v.* BOARD OF COMMISSIONERS OF THE COUNTY OF MONTGOMERY.

[No. 21,445.　Filed May 24, 1910.]

From Montgomery Circuit Court; *Jere West,* Judge.

Suit by the State of Indiana, on the relation of Charles F. Galey, against the Board of Commissioners of the County of Montgomery. From a judgment for defendant, plaintiff appeals. *Affirmed.*

*John F. McHugh,* for appellant.

*R. C. Minton* and *E. E. Ballard,* for appellee.

MYERS, J.—The questions presented in this case are identical with those in *Galey* v. *Board, etc.* (1910), *ante,* 181, and the parties the